LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone (415) 646-7160
Facsimile (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, et al<br><br>Defendants. | Case No. C 06 06-0660<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON** |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: July 10, 2006

LEVIN SIMES KAISER & GORNICK LLP

_/s/ Dennis J. Canty_
Dennis J. Canty
Attorneys for Plaintiff

Dated: July 6, 2006

DRINKER BIDDLE & REATH LLP

_/s/ Owen J. Rescher_
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and
Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_/s/ Susan Illston_
United States District Court

VOLUNTARY DISMISSAL                                                                           PAGE 1