IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY J. GETCHALL,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00666 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendants are hereby ORDERED to respond to plaintiff's motion for leave to file a motion for reconsideration of this Court's order denying plaintiff's request for dismissal. Defendants shall file their response on or before August 9, 2006. In light of plaintiff's motion for reconsideration and the potential transfer of this case to the Middle District of Florida, the Court VACATES the case management conference currently scheduled for Friday, August 4, 2006. Following resolution of the above matters, the case management conference will be rescheduled as needed.

**IT IS SO ORDERED.**

Dated: August 1, 2006

                                                        SUSAN ILLSTON<br>                                                        United States District Judge